IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANNA L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2119 Ml/P |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on April 12, 2005 by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Tuesday, January 17, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, January 10, 2006 at 9:00 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>January 3, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 19 day of April, 2005.

*[signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02119 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT