FILED BY ___ D.C.

05 NOV -8  PM 2:58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

ANNA L. BROOKS,

    **Plaintiff,**

v.                                                                  No.   2: 05-CV 2119-MI P

NATIONAL RAILROAD PASSENGER
CORPORATION, a/k/a AMTRAK

    **Defendant.**

## ORDER GRANTING DEFENDANT'S REVISED MOTION TO COMPEL

**IT APPEARS TO THE COURT** from examination of the record that plaintiff does not oppose defendant's motion to compel Rule 26(a)(1) initial disclosures, answers to interrogatories and responses to requests for production, and that is well taken and should be granted.

**IT IS THEREFORE ORDERED** that plaintiff is hereby directed to file her Rule 26(a)(1) initial disclosures, to answer interrogatories served on her on September 12, 2005, and to respond to requests for production also served on her on September 12, 2005. Plaintiff is granted twenty (20) days from the date of entry from this order within which to comply.

                                                TU M. PHAM
                                                United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-9-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02119 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT